In the Matter of the Claim of RANDY J. WRIGHT, Respondent. CENTRAL TRANSPORT, INC., Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted March 16, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.